# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |

| ELEANOR REPPER | Case No. | 5:19CR50022-001 |
| --- | --- | --- |
| | USM No. | 15369-010 |

Joe Alfaro
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations: No(s). 1, 2, 3, 4, 5, 6, 7, & 8

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Mandatory Condition No. 3: Drug Use | 09/13/2021 |
| 2 | Mandatory Condition No. 3: Drug Use | 10/25/2021 |
| 3 | Special Condition No. 1: Failure to Submit to Substance Abuse Testing | 11/29/2021 |
| 4 | Special Condition No. 1: Failure to Submit to Substance Abuse Treatment | 01/19/2022 |
| 5 | Special Condition No. 4: Failure to Submit to Mental Health Treatment | 01/19/2022 |
| 6 | Standard Condition No. 5: Failure to Report Change of Address | 01/19/2022 |
| 7 | Standard Condition No. 7: Failure to Provide Proof of Employment | 01/19/2022 |
| 8 | Standard Condition No. 9: Failure to Report Law Enforcement Contact | 11/29/2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6761

Defendant's Year of Birth:   1984

City and State of Defendant's Residence:
Fayetteville, Arkansas

March 1, 2022
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

March 7, 2022
Date

| | Judgment — Page 2 of 2 |
|---|---|
| DEFENDANT: ELEANOR REPPER | |
| CASE NUMBER: 5:19CR50022-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Eight (8) months, with credit for time served since January 27, 2022. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL